**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1274**

---

In re:  MICHAEL GREENE, a/k/a Mike,

      Petitioner.

---

On Petition for Writ of Mandamus.  (3:09-cr-00039-FDW-5)

---

Submitted:  May 9, 2023                    Decided:  May 12, 2023

---

Before THACKER, Circuit Judge, and TRAXLER and KEENAN, Senior Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Michael Greene, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Greene petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on March 21, 2023. Accordingly, because the district court has recently decided Greene's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*